# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF OHIO
### U.S. Probation Office

**John S. Dierna**
Chief U.S. Probation Officer

U.S. Courthouse
85 Marconi Boulevard, Room 546
Columbus, Ohio 43215-2398
Phone: 614-719-3100
Fax: 614-469-2579

Reply To: Columbus



U.S. Courthouse
100 East Fifth Street
Cincinnati, Ohio 45202-3980
Phone: 513-564-7575
Fax: 513-564-7587

702 Federal Building
200 West Second Street
Dayton, Ohio 45402-1411
Phone: 937-512-1450
Fax: 937-225-2755

December 11, 2012

TO: The Honorable Walter Herbert Rice
United States District Judge

FROM: David J. Ackermann
United States Probation Officer

RE: **Jose M. Silie**
**3:09CR064(2)**
**REQUEST PERMISSION TO TRAVEL OUTSIDE THE UNITED STATES**

On March 11, 2010, Jose M. Silie appeared in United States District Court, Southern District of Ohio (Dayton), and was sentenced to a 5-year term of probation, subsequent to sustaining a conviction for Conspiracy to Distribute and Possess With Intent to Distribute 5 Kilograms or More of Cocaine, a Schedule II Controlled Substance. Mr. Silie's five-year term of probation commenced on March 11, 2010.

Since the commencement of supervision, Mr. Silie has comported with the standard and special conditions of supervision as ordered by the Court. Specifically, Mr. Silie completed the halfway house placement component of his sentence and has satisfied the Special Assessment obligation. Furthermore, Mr. Silie has maintained full-time, verifiable employment, and has refrained from illicit drug use. A recent record check revealed there have been no new arrests or criminal charges filed against Mr. Silie.

Pursuant to the mandatory condition of probation, any travel outside of the United States must be approved by the Court. Mr. Silie is requesting permission to travel to Santo Domingo, Dominican Republic to visit with his family. Mr. Silie is requesting to depart Columbus, Ohio on March 1, 2013, and will return on March 25, 2013. Additionally, Assistant United States Attorney Brent Tabacchi was contacted, and did not object to Mr. Silies's travel request.

Based on this information, coupled with the fact that the Court previously granted Mr. Silie authorization to travel to the Dominican Republic, the supervising probation officer does not disapprove of Mr. Silie's travel request. However, the supervising probation officer would defer to the Court for a final decision in this matter. If Your Honor has questions regarding this recommendation, or requires additional information, please contact the supervising officer at (614) 719-3110.

✓     The Court **APPROVES** the defendant's request.

___     The Court **DENIES** the defendant's request.

_____
Signature of Judicial Officer

Respectfully Submitted,

David J. Ackermann

United States Probation Officer